# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2990
_____

SOUTHWEST AIRLINES and
SEDGWICK CMS, INC.,

    Appellants,

    v.

PAOLO WEBSTER,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: June 28, 2011.

April 8, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and M.K. THOMAS, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Kristen Magana of Walker, Revels, Greninger, PLLC, Orlando, for Appellants.

Mark Andrew Touby of Touby, Chait, & Sicking, P.L., Coral Gables, for Appellee.